FORM B5(10/05)                                       FORM 5. INVOLUNTARY PETITION

| United States Bankruptcy Court | INVOLUNTARY PETITION |
|---|---|

| IN RE (Name of Debtor - If Individual: Last, First, Middle) **Faber Brothers, Inc.** | ALL OTHER NAMES used by debtor in the last 8 years (Include married, maiden, and trade names.) |
|---|---|

LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO. (If more than one, state all.)
**36-2428110**

| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code) **4141 S. Pulaski Road** **Chicago, IL 60632** | MAILING ADDRESS OF DEBTOR (If different from street address) |
|---|---|

COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS
**Cook**

LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses)

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED
■ Chapter 7     ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

Petitioners believe:
☐ Debts are primarily consumer debts
■ Debts are primarily business debts

BRIEFLY DESCRIBE NATURE OF BUSINESS
**Sporting Goods Wholesaler**

TYPE OF DEBTOR
☐ Individual     ☐ Stockbroker         ☐ Clearing Bank
☐ Partnership    ☐ Commodity Broker    ☐ Health Care Business
■ Corporation    ☐ Railroad
☐ Other: _____

| VENUE | FILING FEE (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District. | ■ Full Filing Fee attached |
| ☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached. |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

| **ALLEGATIONS** (Check applicable boxes) | COURT USE ONLY |
|---|---|

1. ■ Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. ■ The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3.a. ■ The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;
   or
3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

*If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

In re Faber Brothers, Inc.
Case No. _____

OFFICIAL FORM 5 - Involuntary Petition - Page 2 (9/05)

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X  /s/ Gary A Chapman  CR MGR
Signature of Petitioner or Representative (State title)

Name of Petitioner: **Remington Arms Company**
Date Signed: June 30, 2006

Name & Mailing Address of Individual Signing in Representative Capacity:
Gary Chapman
870 Remington Drive
Madison, NC 27025

X  /s/ Bruce Dopke
Signature of Attorney     Date: June 30, 2006

Name of Attorney Firm (If any): **Bruce Dopke**

Address: P.O. Box 681246
Schaumburg, IL 60168-1246
Telephone No. 847-524-4811

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner: **Johnson Outdoors, Inc.**
Date Signed: June 30, 2006

Name & Mailing Address of Individual Signing in Representative Capacity:
Brian Condon
555 Main Street
Racine, WI 53403-1515

X _____
Signature of Attorney     Date: June 30, 2006

Name of Attorney Firm (If any): **Bruce Dopke**

Address: P.O. Box 681246
Schaumburg, IL 60168-1246
Telephone No. 847-524-4811

---

X _____
Signature of Petitioner or Representative (State title)

Name of Petitioner: **Attwood Corporation**
Date Signed: June 30, 2006

Name & Mailing Address of Individual Signing in Representative Capacity:
Pat Reynolds
1016 N. Monroe
Lowell, MI 49331

X _____
Signature of Attorney     Date: June 30, 2006

Name of Attorney Firm (If any): **Bruce Dopke**

Address: P.O. Box 681246
Schaumburg, IL 60168-1246
Telephone No. 847-524-4811

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Remington Arms Company<br>870 Remington Drive<br>Madison, NC 27025 | Goods sold and delivered. | 412,240.09 |
| Johnson Outdoors, Inc.<br>555 Main Street<br>Racine, WI 53403-1515 | Goods sold and delivered. | 19,961.12 |
| Attwood Corporation<br>1016 N. Monroe<br>Lowell, MI 49331 | Goods sold and delivered. | 111,449.27 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 633,170.51 |

___ continuation sheets attached

Copyright (c) 1993-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

OFFICIAL FORM 5 - Involuntary Petition - Page 2 (10/05)

Name of Debtor: **Faber Brothers, Inc.**
Case No. _____

| TRANSFER OF CLAIM |
|---|
| ☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a). |

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X _____ <br> Signature of Petitioner or Representative (State title) | X _____ June 30, 2006 <br> Signature of Attorney                      Date |
| **Remington Arms Company**    June 30, 2006 <br> Name of Petitioner                 Date Signed | **Bruce Dopke** <br> Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: <br> **Gary Chapman** <br> **870 Remington Drive** <br> **Madison, NC 27025** | **P.O. Box 681246** <br> **Schaumburg, IL 60168-1246** <br> Address <br> Telephone No. **847-524-4811** |
| X _____ =Credit Manager <br> Signature of Petitioner or Representative (State title) | X _____ June 30, 2006 <br> Signature of Attorney                      Date |
| **Johnson Outdoors, Inc.**    June 30, 2006 <br> Name of Petitioner                 Date Signed | **Bruce Dopke** <br> Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: <br> **Brian Condon** <br> **555 Main Street** <br> **Racine, WI 53403-1515** | **P.O. Box 681246** <br> **Schaumburg, IL 60168-1246** <br> Address <br> Telephone No. **847-524-4811** |
| X _____ <br> Signature of Petitioner or Representative (State title) | X _____ June 30, 2006 <br> Signature of Attorney                      Date |
| **Attwood Corporation**    June 30, 2006 <br> Name of Petitioner                 Date Signed | **Bruce Dopke** <br> Name of Attorney Firm (if any) |
| Name & Mailing Address of Individual Signing in Representative Capacity: <br> **Pat Reynolds** <br> **1016 N. Monroe** <br> **Lowell, MI 49331** | **P.O. Box 681246** <br> **Schaumburg, IL 60168-1246** <br> Address <br> Telephone No. **847-524-4811** |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Remington Arms Company <br> 870 Remington Drive <br> Madison, NC 27025 | Goods sold and delivered. | 412,240.09 |
| Johnson Outdoors, Inc. <br> 555 Main Street <br> Racine, WI 53403-1515 | Goods sold and delivered. | 19,981.12 |
| Attwood Corporation <br> 1016 N. Monroe <br> Lowell, MI 49331 | Goods sold and delivered. | 111,449.27 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | Total Amount of Petitioners' Claims | 633,170.51 |

_1_ continuation sheets attached

Copyright (c) 1996-2005 - Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

Name of Debtor 5 Faber Brothers, Inc.

(10/05)

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

| | |
|---|---|
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>**Remington Arms Company**   June 30, 2006<br>Name of Petitioner                            Date Signed<br><br>Name & Mailing<br>Address of Individual    Gary Chapman<br>Signing in Representative  870 Remington Drive<br>Capacity                 Madison, NC 27025 | X_____  June 30, 2006<br>Signature of Attorney                          Date<br><br>**Bruce Dopke**<br>Name of Attorney Firm (If any)<br><br>P.O. Box 681246<br>Schaumburg, IL 60168-1246<br>Address<br>Telephone No.   847-524-4811 |
| X_____<br>Signature of Petitioner or Representative (State title)<br><br>**Johnson Outdoors, Inc.**   June 30, 2006<br>Name of Petitioner                            Date Signed<br><br>Name & Mailing<br>Address of Individual    Brian Condon<br>Signing in Representative  555 Main Street<br>Capacity                 Racine, WI 53403-1515 | X_____  June 30, 2006<br>Signature of Attorney                          Date<br><br>**Bruce Dopke**<br>Name of Attorney Firm (If any)<br><br>P.O. Box 681246<br>Schaumburg, IL 60168-1246<br>Address<br>Telephone No.   847-524-4811 |
| X *Patricia M. Reynolds Credit Mgr.*<br>Signature of Petitioner or Representative (State title)<br><br>**Attwood Corporation**   June 30, 2006<br>Name of Petitioner                            Date Signed<br><br>Name & Mailing<br>Address of Individual    Pat Reynolds<br>Signing in Representative  1016 N. Monroe<br>Capacity                 Lowell, MI 49331 | X *Bruce Dopke*   June 30, 2006<br>Signature of Attorney                          Date<br><br>**Bruce Dopke**<br>Name of Attorney Firm (If any)<br><br>P.O. Box 681246<br>Schaumburg, IL 60168-1246<br>Address<br>Telephone No.   847-524-4811 |

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Remington Arms Company<br>870 Remington Drive<br>Madison, NC 27025 | Goods sold and delivered. | 412,240.09 |
| Johnson Outdoors, Inc.<br>555 Main Street<br>Racine, WI 53403-1515 | Goods sold and delivered. | 19,381.12 |
| Attwood Corporation<br>1016 N. Monroe<br>Lowell, MI 49331 | Goods sold and delivered. | 111,449.27 |
| Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above. | | Total Amount of Petitioners' Claims<br><br>533,170.51 |

__1__ continuation sheets attached

OFFICIAL FORM 5 - Involuntary Petition - Page 2 (10/05)

Name of Debtor __**Faber Brothers, Inc.**__

Case No. _____

## TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

## REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

x _Cindy Stritof, Credit Mgr_
Signature of Petitioner or Representative (State title)

**Daiwa Corp**      June 30, 2006
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
**Cindy Stritof
12851 Midway Place
Cerritos, CA 90703**

x _Bruce Dopke_      June 30, 2006
Signature of Attorney      Date

**Bruce Dopke**
Name of Attorney Firm (If any)

**P.O. Box 681246
Schaumburg, IL 60168-1246**
Address
Telephone No. **847-524-4811**

x _____
Signature of Petitioner or Representative (State title)

_____      _____
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney      Date

Name of Attorney Firm (If any)

Address
Telephone No.

x _____
Signature of Petitioner or Representative (State title)

_____      _____
Name of Petitioner      Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity

x _____
Signature of Attorney      Date

Name of Attorney Firm (If any)

Address
Telephone No.

## PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Daiwa Corp<br>12851 Midway Place<br>Cerritos, CA 90703 | Goods sold and delivered. | 89,520.03 |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
| Name and Address of Petitioner | Nature of Claim | Amount of Claim |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims
**633,170.51**

__1__ of __1__ continuation sheets attached