UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Chapter 11 |
| | ) |
| FABER BROTHERS, INC., | ) Case. No. 06 B 07852 |
| | ) |
| Debtor. | ) Hon. Jack B. Schmetterer |

### FIRST AMENDMENT TO AGREED ORDER AUTHORIZING DEBTOR TO: (A) USE CASH COLLATERAL ON AN EMERGENCY BASIS; AND (B) GRANT ADEQUATE PROTECTION AND PROVIDE SECURITY AND OTHER RELIEF TO WELLS FARGO FOOTHILL, INC.

This matter having come before this Court on the motion ("Motion") of Faber Brothers, Inc. ("Debtor"), requesting that this Court enter an order authorizing Debtor to use cash collateral on an emergency and final basis, and grant adequate protection and provide security and other relief to Wells Fargo Foothill, Inc. ("Lender") in connection therewith; the Court, on July 20, 2006, having entered an Agreed Order Authorizing Debtor To: (A) Use Cash Collateral On An Emergency Basis; and (B) Grant Adequate Protection And Provde Security And Other Relief To Lender ("Emergency Cash Collateral Order") and having set August 7, 2006 for the Final Hearing on the Motion; notice of the Final Hearing being sufficient and given to those parties required under the Emergency Cash Collateral Order pursuant to that certain Notice and Certificate of Service filed by the Debtor on July 20, 2006, as docket no. 20; the Debtor, Lender and the Committee having agreed to continue the Final Hearing and amend the Emergency Cash Collateral Order as herein provided; and unless otherwise indicated, all capitalized terms used herein having the meanings ascribed thereto in the Emergency Cash Collateral Order and by this reference being made a part hereof.

Having considered the Motion and the record in this Case, **IT IS HEREBY**

**ORDERED THAT:**

1. The date "August 7, 2006" in Definition 26 (Termination Date) in Exhibit A of the Emergency Cash Collateral Order is hereby replaced with the date "August 21, 2006."

2. The Budget shall be deemed replaced by the budget attached hereto as Exhibit A.

3. The first sentence of Paragraph 1 of the Emergency Cash Collateral Order shall be amended by inserting the phrase "for the then-current or a prior period (solely to the extent not previously paid and included in the column named "Remaining Budget")," immediately prior to the phrase "as and when."

4. Paragraph 3 (Carveout Terms) of the Emergency Cash Collateral Order shall be amended by (a) replacing the amount of "$15,000" with "$25,000" and (b) by inserting the phrase "(other than by payments from prepetition or gap-period retainers)" immediately following the phrase "on a dollar-for-dollar basis by any payments."

5. The following paragraph shall be deemed added as new Paragraph 6(g) of the Emergency Cash Collateral Order:

> "Adequate Protection – Insurance Premium Finance Company. Debtor is authorized to pay to Premium Assignment Corporation ("PAC"), on or about August 15, 2006, the sum of $11,354 as set forth in the Budget as adequate protection of PAC's alleged interests in Debtor's general liability insurance policies issued by Granite State Insurance known as 02LX42588202 and 02UD465800423 (collectively, the "Policies"), which interests arise in connection with a Premium Finance Agreement concerning said Policies executed by the Debtor on or about December 29, 2005."

6. The Final Hearing shall occur on August 21, 2006 at 10:30 A.M. and may be continued from time to time without further notice other than that given in open court. Only presently filed objections to the proposed Final Hearing Order shall be deemed reserved and continued to the adjourned Final Hearing.

7. Debtor acknowledges and agrees, and the Court finds, that all of Lender's rights with respect to existing Events of Default, if any, are preserved notwithstanding the entry of this Order.

8. Except as expressly set forth herein, the terms of the Emergency Cash Collateral Order are not altered and remain in full force and effect.

9. The terms of this Order were negotiated in good faith and at arms' length.

DATED: August 7, 2006

                                                                    _____
                                                                    Honorable Jack B. Schmetterer
                                                                    United States Bankruptcy Judge

6248102

-3-

Faber Brothers, Inc.
Cash Forecast

## WEEKLY CASH FLOW FORECAST

| line # | | 7/22/2006 | 7/29/2006 | 8/5/2006 | Total | Actual | Remaining Budget | 8/12/2006 | 8/19/2006 | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Opening cash balance | | 186,290 | 527,812 | | | | 746,540 | 1,513,755 | 746,540 |
| | **Sources** | | | | | | | | | |
| 2 | Collection on accounts receivable | 250,000 | 400,000 | 275,000 | 925,000 | | | 316,500 | 325,000 | 641,500 |
| 3 | Collection on cash sales | | | | | | | 500,000 | 250,000 | 750,000 |
| 4 | **Payroll expense:** | | | | | | | | | |
| | **Uses** | | | | | | | | | |
| 5 | Weekly payroll expense-Salary | 19,528 | 17,853 | 17,616 | 54,997 | 42,011 | | 16,565 | 14,658 | 31,223 |
| 6 | Weekly payroll expense-Hourly | 7,000 | 7,000 | 7,000 | 20,000 | 11,137 | 7,000 | 7,000 | 7,000 | 14,000 |
| 7 | Weekly payroll expense | 26,528 | 24,853 | 24,616 | 75,997 | 53,148 | 7,000 | 23,565 | 21,658 | 45,223 |
| 8 | **Administrative and General** | | | | | | | | | |
| 9 | Rent | 18,300 | | | | | | | | |
| 10 | Receipts from Subtenant | | | | | | | | | |
| 11 | Chief Liquidating Officer | | | (3,180) | (3,180) | | | | | |
| 12 | Professional fees-Debtor | | | | | | | | | |
| 13 | Debtor Legal | | | | | | | | | |
| 14 | CCC | | | | | | | | | |
| 15 | Equipment Rental | | | 225 | 225 | | 225 | | | |
| 16 | Comp & Office Supplies | | 1,000 | 1,000 | 2,000 | | 1,000 | | | |
| 17 | Utilities | | 16,000 | | 16,000 | | 1,500 | 15,000 | 20,000 | 35,000 |
| 18 | Insurance-genl | 11,354 | | 11,486 | 22,840 | | 22,840 | | | |
| 19 | Communications | | 7,000 | | 7,000 | | 3,000 | 720 | | 720 |
| 20 | Insurance group | | | | | | | | | |
| 21 | Equipment repair & maintenance | | 500 | 10,000 | 10,000 | | | | 3,500 | 3,500 |
| 22 | Computer programming | | | 500 | 500 | | | | | |
| 23 | Postage & EDI | | | | | | | 4,000 | | 4,000 |
| 24 | Burglar alarm | 28 | | 2,500 | 2,500 | | | 500 | | 500 |
| 25 | Taxes & licenses | | | | | | | | | |
| 26 | Travel | | 625 | 625 | 1,250 | | 1,250 | | | |
| 27 | Health & sanitation | | 1,000 | 1,000 | 2,000 | | 2,000 | | 1,000 | 1,000 |
| 28 | Other | 7,500 | 7,500 | 7,500 | 22,000 | | | 2,500 | 2,500 | 5,000 |
| 29 | Payroll on-costs | | | | | | | | | |
| 30 | Payroll taxes | | | | | | | | | |
| 31 | Document storage | | | | | | | 3,000 | | 3,000 |
| 32 | Advertising | | | | | | | | | |
| 33 | US Trustee fees | | | | | | | | | |
| 34 | **Selling** | | | | | | | | | |
| 35 | Salesperson travel | | | | | | | | | |
| 36 | **Total Operating Expenses:** | 63,710 | 58,478 | 56,271 | 178,460 | 58,763 | 70,843 | 49,285 | 48,658 | 97,943 |
| | Estimated Surplus/(Deficit) | 186,290 | 527,812 | 746,540 | | | | 1,513,755 | 2,040,097 | 2,040,097 |

Cash Disbursement forecast 7-22 to 8-19.xls Operating Exp-Scheduled
8/7/2006 10:55 AM