**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| FABER BROTHERS, INC., ) | CASE NO. 06 B 07852 |
| ) | |
| Debtor ) | |

### FINAL PRETRIAL ORDER
(Committee Objection to Priority Employment Claims)

On January 16, 2007, there was a status conference held in Chicago, Illinois.

### EXHIBITS

On or before January 26, 2007, and prior to the trial date, all parties are to exchange among themselves and also deliver to the Court in chambers copies of all exhibits they intend to introduce in evidence. **Each exhibit must be clearly numbered, tabbed, and contained in a binder.**

Each party shall clearly number each proposed exhibit sought to be used in the order of its probable presentation at trial. Each document must be given a separate exhibit number.

### TRIAL DATE

Trial is set for **January 31, 2007**, beginning at **2:00 p.m.**. Trial will be held in courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.

### ISSUES

The January 31, 2007, hearing will establish whether claimants were employees of Debtor. If they were, a subsequent hearing will be set on February 1 and 2, 2007, to estimate the claims for voting purposes, and in that regard to estimate what part of the claims qualify for the priorities sought.

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated: January 17th, 2007