LAW OFFICES

# ADELMAN & GETTLEMAN, LTD.
53 W. JACKSON BOULEVARD, SUITE 1050

CHICAGO, ILLINOIS 60604

312-435-1050

FAX 312-435-1059

FEIN 36-3382789

April 12, 2007

| | |
|---|---|
| Arthur Shapiro, Chairman | Invoice No: 6143    CHG |
| Wayne Kozlowski, President | Client No: 1744    00002 |
| Mark Davis, Chief Financial Officer | Billing through: 03/31/07 |
| Faber Brothers, Inc. | |
| 4141 South Pulaski Road | |
| Chicago, IL 62707 | |

**RE: Cash Collateral**
**Services Rendered**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/19/06 | BAB | Telephone call to and from Jeremy Downs, regarding same. | 0.20 hrs |
| 07/19/06 | BAB | Receipt and review of revised Cash Collateral Order. | 0.60 hrs |
| 07/19/06 | BAB | Telephone call from and to Jeremy Downs concerning revisions to Order and teleconference with Richard Friedman concerning same. | 0.50 hrs |
| 07/19/06 | BAB | Preparation for and attendance at hearing on conversion of case, employment of attorneys, and use of cash collateral. | 0.70 hrs |
| 07/19/06 | BAB | Office conference with Bruce Dopke and Jeremy Downs concerning revisions to Cash Collateral order. | 0.70 hrs |
| 07/19/06 | BAB | Preparation for and attendance at hearing on use of cash collateral. | 0.40 hrs |
| 07/19/06 | HLA | Attend conference with CFO of Faber and sales representatives of Faber regarding cash collateral issues and restrictions on compensation. | 0.30 hrs |
| 07/20/06 | BAB | Receipt and review of emails from Burce Dopke and Jeremy Downs concerning changes to Cash Collateral Order and prepare emails to Jeremy regarding same. | 0.20 hrs |
| 07/20/06 | BAB | Telephone call to Judge's clerk concerning hearing today and prepare email to Jeremy Downs and Bruce Dopke concerning same. | 0.10 hrs |
| 07/20/06 | BAB | Receipt and review of revised version of Cash Collateral Agreement (.4) and prepare emails to client and to Jeremy Downs concerning same and hearing today (.1). | 0.50 hrs |
| 07/20/06 | BAB | Telephone call from Richard Friedman concerning revisions to Order and prepare email to Richard regarding same. | 0.10 hrs |
| 07/20/06 | BAB | Prepare email to client reps concerning cash collateral order entered today. | 0.10 hrs |
| 07/20/06 | BAB | Prepare notice of hearing for final hearing on use of cash collateral. | 0.50 hrs |
| 07/20/06 | BAB | Preparation for and attendance at hearing on use of cash collateral. | 1.40 hrs |
| 07/24/06 | CHG | Review multiple e-mails regarding cash collateral status. | 0.20 hrs |
| 07/27/06 | CHG | Review interim cash collateral order in connection with impending final cash collateral hearing. | 0.50 hrs |
| 07/31/06 | BAB | Office conference with CHG concerning budget issues for cash collateral order. | 0.20 hrs |
| 07/31/06 | CHG | Telephone call to Sandor Jacobson regarding same and budget preparation. | 0.20 hrs |
| 08/01/06 | BAB | Prepare email to Sandor Jacobson and Mark Davis concerning inventory information requested by Committee counsel. | 0.20 hrs |
| 08/02/06 | BAB | Review email from Bruce Dopke concerning comments about Cash Collateral Order and related issues concerning same. | 0.30 hrs |

ADELMAN & GETTLEMAN, LTD.                                                                    Page No. 2

Faber Brothers, Inc.                    1744             00002                    Invoice No:    6143

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/02/06 | BAB | Telephone call from Jeremy Downs concerning same and related matters including payment to premium finance company. | 0.50 hrs |
| 08/02/06 | BAB | Telephone call to Bruce Dopke concerning cash collateral order issues. | 0.20 hrs |
| 08/02/06 | BAB | Prepare email to Jeremy Downs concerning same. | 0.10 hrs |
| 08/02/06 | BAB | Telephone call to Bruce Dopke, left message concerning response to email proposal from Jeremy Downs regarding continuation of interim order. | 0.10 hrs |
| 08/02/06 | BAB | Review and revise interim cash collateral order for changes relating to budgeted expenses and amounts to be paid to premium finance company. .8 Prepare emails to Jeremy Downs, Bruce Dopke, and client reps including Sandor Jacobson concerning same and issues relating to same. | 1.30 hrs |
| 08/02/06 | CHG | Telephone call from David Abrams regarding cash collateral budgetary issues. | 0.10 hrs |
| 08/03/06 | BAB | Prepare email to Jeremy Downs concerning proposal to pay premium finance company. | 0.10 hrs |
| 08/03/06 | BAB | Receipt and review of cash collateral order for 8/7 hearing and review and revise. | 0.40 hrs |
| 08/03/06 | BAB | Telephone call to Sandor Jacobson .1 and to Glenn Eisenhuth and conference call with Jeremy Downs concerning issues relative to budget .3 and telephone conference with Daid Abrams, Glenn Eisenhuth, and Sandor Jacobson concerning same. .4 | 0.80 hrs |
| 08/03/06 | BAB | Review and revise amended cash collateral order and prepare email to Jeremy Downs and Bruce Dopke concerning same. | 0.40 hrs |
| 08/03/06 | BAB | Telephone call to Bruce Dopke, left message concerning same. | 0.10 hrs |
| 08/03/06 | BAB | Review original cash collateral order to see about amended order and if other changes needed. | 0.20 hrs |
| 08/04/06 | BAB | Receipt and review of email from Sandor Jacobson concerning status of budget and prepare responsive email concerning same. | 0.10 hrs |
| 08/04/06 | BAB | Receipt and review of budget. Prepare emails to Jeremy Downs and Bruce Dopke concerning same, and to Sandor Jacobson and client reps regarding same. | 0.40 hrs |
| 08/04/06 | BAB | Receipt of email and objection from Bruce Dopke and prepare responsive email to Bruce relative to the Amended Order and budget for Monday. | 0.10 hrs |
| 08/04/06 | BAB | Telephone call returning call to Sandor Jacobson concerning changes needed to budget. | 0.20 hrs |
| 08/04/06 | BAB | Review terms of carve-out in order and prepare email to Jeremy Downs regarding issues relating to same. | 0.20 hrs |
| 08/04/06 | BAB | Telephone call from Sandor Jacobson regarding new changes to budget by Bank. | 0.20 hrs |
| 08/04/06 | BAB | Telephone call to Sandor Jacobson, left message. | 0.10 hrs |
| 08/04/06 | BAB | Receipt and review of revised cash collateral order. | 0.30 hrs |
| 08/04/06 | BAB | Telephone call to Jeremy Downs, left message. | 0.10 hrs |
| 08/04/06 | BAB | Prepare email to Jeremy Downs concerning revised budget. | 0.10 hrs |
| 08/04/06 | BAB | Telephone call from Sandor Jacobson concerning revisions to budget relating to wages. | 0.20 hrs |
| 08/04/06 | BAB | Telephone call from Jeremy Downs concerning comments to order and issues for hearing on Monday. | 0.10 hrs |
| 08/04/06 | BAB | Prepare for hearing on continued use of cash collateral .4 Prepare email to Bruce Dopke with copies to Jeremy Downs and client reps regarding revised order and budget. .1 | 0.50 hrs |
| 08/04/06 | BAB | Receipt and review of email from Jeremy Downs with revised order. Prepare responsive email concerning same and sending drafts to Bruce Dopke. | 0.20 hrs |
| 08/04/06 | CHG | Interoffice conference with BAB regarding budgetary issues and considerations. | 0.20 hrs |

ADELMAN & GETTLEMAN, LTD.                                                Page No. 3

Faber Brothers, Inc.                    1744           00002                Invoice No:   6143

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/07/06 | BAB | Review final draft of cash collateral order for hearing today. | 0.10 hrs |
| 08/07/06 | BAB | Telephone call returning call to Jeremy Downs regarding change to budget and order regarding Remaining Budget items. | 0.20 hrs |
| 08/07/06 | BAB | Preparation for and attendance at cash collateral hearing. | 0.70 hrs |
| 08/07/06 | BAB | Prepare email to Kelton Farris, Premium Assignment Corp., concerning order entered today regarding payment due 8/15. | 0.10 hrs |
| 08/11/06 | CHG | Telephone calls from and to BAB regarding cash collateral issues and budgetary preparation. | 0.20 hrs |
| 08/18/06 | BAB | Prepare email to Jeremy Downs concerning comments about proposed new cash collateral order, and need for vehicle titles. | 0.40 hrs |
| 08/18/06 | BAB | Telephone call returning call to Glenn Eisenhuth concerning budget issues for incurred but not paid items. | 0.40 hrs |
| 08/18/06 | BAB | Receipt and review of draft order for cash collateral. Telephone call to Jeremy Downs, left message with comments. Prepare email to Jeremy concerning same. | 0.50 hrs |
| 08/18/06 | BAB | Receipt and review of email from Glenn Eisenhuth concerning new budget. Telephone call to Glenn concerning same. | 0.20 hrs |
| 08/18/06 | BAB | Prepare email to CHG concerning hearing on 8/21 and comments and issues relating to budget and order. | 0.40 hrs |
| 08/18/06 | CHG | Interoffice conferences with BAB regarding funding and cash collateral issues and preparation for hearing on continued use of cash collateral. | 0.30 hrs |
| 08/18/06 | CHG | Interoffice conferences with BAB including conference call with Glenn Eisenhuth and review budgets and cash collateral orders and preparation for August 21 hearing. | 0.60 hrs |
| 08/20/06 | BAB | Telephone call from CHG concerning issues relating to cash collateral budget and order. | 0.30 hrs |
| 08/20/06 | CHG | Review cash collateral orders and e-mails in connection with pending motion for extension of cash collateral arrangement and revise budgets in connection therewith. | 0.60 hrs |
| 08/20/06 | CHG | Telephone calls and e-mails to BAB regarding same. | 0.30 hrs |
| 08/21/06 | CHG | Preparation for court hearing including review, latest drafts of revised budget and proposed court order. | 0.30 hrs |
| 08/21/06 | CHG | Telephone call from Bruce Dopke regarding same. | 0.10 hrs |
| 08/21/06 | CHG | Telephone calls to and from Glenn Eisenhuth regarding budget preparation, clarification and additional revisions thereto. | 0.20 hrs |
| 08/21/06 | CHG | Review revised budget and telephone call to Glenn Eisenhuth regarding same. | 0.30 hrs |
| 08/21/06 | CHG | Telephone call to Jeremy Downs office regarding same. | 0.10 hrs |
| 08/21/06 | CHG | Preparation for and attendance at court hearing on debtors motion to extend cash collateral order and conferences with counsel of record regarding same. | 0.60 hrs |
| 08/22/06 | CHG | Review e-mail from Les Kite to Glenn Eisenhuth regarding additional financial information requests. | 0.10 hrs |
| 08/22/06 | CHG | Telephone call from Sandor Jacobson regarding entry of extension of cash collateral order. | 0.10 hrs |
| 08/22/06 | CHG | Preparation of e-mail to all interested parties regarding same and outcome of all August 21 court hearing. | 0.20 hrs |
| 08/28/06 | CHG | Conference call with Art Shapiro, Les Kite, Glenn Eisenhuth, David Abrams and BAB regarding cash collateral issues and anticipated expense levels and recommended future action. | 0.40 hrs |
| 08/30/06 | BAB | Telephone call from Jeremy Downs concerning budget issues relating to rent and liquidation process. | 0.20 hrs |
| 08/30/06 | BAB | Telephone conference with CHG and Les Kite concerning same and issues relating to landlord claims. | 0.40 hrs |

ADELMAN & GETTLEMAN, LTD.                                                                  Page No. 4

Faber Brothers, Inc.                     1744              00002                      Invoice No:   6143

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/30/06 | BAB | Telephone call to Sandor Jacobson concerning same and insurance cancellation issue. | 0.20 hrs |
| 08/30/06 | BAB | Telephone call to Bruce Dopke, left message. | 0.10 hrs |
| 08/30/06 | BAB | Telephone call from Bruce Dopke concerning porposed changes to interim cash collateral order relating to investigation, carve-out, rent payments, and related issues. | 0.70 hrs |
| 08/30/06 | BAB | Telephone call to Jeremy Downs, left message concerning same. | 0.10 hrs |
| 08/30/06 | BAB | Prepare email to Kelton Farris regarding budget for adequate protection of Premium Assignment Corp's claim. | 0.20 hrs |
| 08/30/06 | CHG | Interoffice conference with BAB regarding cash collateral extension issues. | 0.10 hrs |
| 08/31/06 | BAB | Receipt and review of email from Kelton Farris regarding adequate protection proposal and prepare responsive email concerning same. | 0.10 hrs |
| 08/31/06 | BAB | Telephone call from Jeremy Downs concerning comments to new cash collateral order from Bruce Dopke including carve-out, and tie to investigate and sue bank on bank claims, and issues relating to debtor's attorney's carve-out, and landlord rent. | 0.40 hrs |
| 08/31/06 | BAB | Receipt and review of email from Bruce Dopke concerning landlord consent agreement with lender and issues relating to payment of rent during case. (.1) Telephone calls to and from Bruce Dopke concerning same and issues relating to same. (.6) | 0.70 hrs |
| 08/31/06 | BAB | Telephone call returning call to Jeremy Downs regarding same. | 0.40 hrs |
| 08/31/06 | BAB | Telephone call to Glenn Eisenhuth concerning same and status of budget. | 0.10 hrs |
| 08/31/06 | BAB | Prepare email to Jeremy Downs regarding same. | 0.10 hrs |
| 08/31/06 | BAB | Telephone call from Bruce Dopke concerning issues relating to rent paid under cash collateral, carve-out, and monthly payment procedure. | 0.20 hrs |
| 08/31/06 | CHG | Telephone call to Glenn Eisenhuth regarding cash collateral considerations and anticipated expenditures during September in light of recovery of inventory sales and accounts receivable collections. | 0.20 hrs |
| 08/31/06 | CHG | Telephone call to Les Kite regarding same. | 0.10 hrs |
| 09/01/06 | BAB | Telephone call to Glenn Eisenhuth, left message regarding budget. Telephone call to Sandor Jacobson concerning same. | 0.10 hrs |
| 09/01/06 | BAB | Receipt and review of 3rd amended cash collateral order and prepare email to Jeremy Downs, Bruce Dopke, Les Kite, Art Shapiro, Glenn Eisenhuth, and Sandor Jacobson concerning same. | 0.50 hrs |
| 09/01/06 | BAB | Receipt and review of budget and prepare email to Jeremy Downs and Bruce Dopke concerning same. | 0.20 hrs |
| 09/01/06 | BAB | Telephone call from Les Kite concerning review of new cash collateral order and budget and issue relating to time for parties to sue Bank. | 0.20 hrs |
| 09/01/06 | BAB | Telephone call to Jeremy Downs, left message concerning same. Prepare email to Jeremy regarding same. | 0.10 hrs |
| 09/01/06 | BAB | Receipt and review of emails from Jeremy Downs concerning same and prepare responsive emails to Jeremy. | 0.40 hrs |
| 09/01/06 | BAB | Telephone call to Les Kite, left message regarding same and issues relating to same. Prepare email to Les Kite regarding same. | 0.20 hrs |
| 09/01/06 | BAB | Telephone call from Les Kite concerning same. | 0.10 hrs |
| 09/01/06 | BAB | Prepare email to Jeremy Downs regarding resolution of same. | 0.10 hrs |
| 09/01/06 | BAB | Preparation for and attendance at hearing on continuation of cash collateral, auction sale motion, and claims bar date order and notice. | 0.40 hrs |
| 09/01/06 | BAB | Prepare email to Glenn Eisenhuth, Jeremy Downs, Bruce Dopke, Les Kite, and Art Shapiro concerning orders entered at today's hearing. | 0.10 hrs |
| 09/01/06 | BAB | Prepare email to Kelton Farris concerning Cash Collateral Order entered today concerning payment for insurance. | 0.10 hrs |

ADELMAN & GETTLEMAN, LTD.                                                    Page No. 5

Faber Brothers, Inc.                1744              00002              Invoice No: 6143

| | | | |
|---|---|---|---|
| 09/12/06 | BAB | Telephone call to Glenn Eisenhuth concerning budget for Friday and professional fee payments to be paid today. | 0.10 hrs |
| 09/12/06 | BAB | Receipt and review of proposed final cash collateral order. | 1.70 hrs |
| 09/13/06 | BAB | Telephone call to Bruce Dopke, left message. | 0.10 hrs |
| 09/13/06 | BAB | Receipt and review of proposed changes to final cash collateral order proposed by Bruce Dopke. | 0.30 hrs |
| 09/13/06 | BAB | Telephone call to Jeremy Downs concerning comments to cash collateral order and 2004 motion filed by Committee. | 0.50 hrs |
| 09/13/06 | BAB | Review and revise cash collateral order concerning life insurance and possible surrender of same. | 0.40 hrs |
| 09/13/06 | BAB | Telephone call from Sandor Jacobson and David Abrams concerning issues relative to budget and cash collateral order to be presented on Friday including subordinate liens, status of loan and asset sales. | 0.20 hrs |
| 09/15/06 | BAB | Receipt and review of draft cash collateral order from Jeremy Downs and prepare email to Jeremy and Bruce Dopke concerning comments regarding same and other matters set for hearing today. | 0.70 hrs |
| 09/15/06 | BAB | Telephone call from Bruce Dopke concerning same and 2004 request today. | 0.30 hrs |
| 09/15/06 | BAB | Receipt of email from Jeremy Downs concerning hearing today and telephone call to Jeremy, left message regarding response to same, and prepare email to Jeremy regarding same. | 0.20 hrs |
| 09/15/06 | BAB | Preparation for and attendance at hearing on use of cash collateral, sale of assets, and rule 2004 exam. | 0.70 hrs |
| 09/15/06 | BAB | Prepare email to Glenn Eisenhuth and Les Kite concerning same. | 0.20 hrs |
| 09/15/06 | BAB | Telephone call to Les Kite concerning hearings today and issues relating to budget and possible transition between secured creditors if bank is paid off under cash collateral order. | 0.20 hrs |
| 09/18/06 | BAB | Receipt and review of email from Glenn Eisenhuth concerning same. Prepare responsive email regarding same. | 0.10 hrs |
| 09/18/06 | BAB | Receipt and review of revised final cash collateral order from Bruce Dopke, and prepare email to Glenn Eisenhuth, Sandor Jacobson, and CHG concerning same. | 2.70 hrs |
| 09/19/06 | BAB | Review and revise draft final cash collateral order. Prepare email to Bruce Dopke, with copies to counsel for Shapiro and Remington, and to Glenn Eisenhuth and Sandor Jacobson. | 1.10 hrs |
| 09/21/06 | BAB | Telephone call from David Abrams concerning possible payout of Foothill and issues concerning same, current budget, and issues relative to Hilco retention. | 0.40 hrs |
| 09/21/06 | BAB | Telephone call from Bruce Dopke concerning status of cash collateral order and issues relating to retention of Hilco and remaining asset sales. | 0.20 hrs |
| 09/22/06 | BAB | Receipt and review of draft final cash collateral order, outline comments, and prepare email to Jeremy Downs, Bruce Dopke, and Les Kite concerning same. | 1.10 hrs |
| 09/22/06 | BAB | Receipt and review of email from Sandor Jacobson concerning revision to budget and prepare email to Les Kite, Bruce Dopke, and Jeremy Downs concerning same. | 0.10 hrs |
| 09/22/06 | BAB | Telephone call from Les Kite concerning status of Order and revisions and impact or continuation provisions relating to Shapiro liens, and hearing on Monday regarding same. | 0.20 hrs |
| 09/25/06 | BAB | Receipt and review of two revised versions of the cash collateral order. | 0.60 hrs |
| 09/25/06 | BAB | Telephone call from Les Kite concerning various issues relating to same. | 0.40 hrs |
| 09/25/06 | BAB | Telephone conference with Bruce Dopke and Les Kite concerning same. | 0.40 hrs |
| 09/25/06 | BAB | Telephone calls to Sandor Jacobson concerning issues relating to budget and operations for next two weeks. | 0.20 hrs |
| 09/25/06 | BAB | Telephone conference with Les Kite and Jeremy Downs concerning comments | 0.30 hrs |

ADELMAN & GETTLEMAN, LTD.  Page No. 6

Faber Brothers, Inc.   1744   00002   Invoice No: 6143

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | to final cash collateral order. | |
| 09/25/06 | BAB | Preparation for and attendance at hearing concerning same, 2004 motion, and auction sale motion. Conference with Bruce Dopke and Jeremy Downs concerning same and possible issues and options for operations or resulution of case going forward. | 1.50 hrs |
| 09/25/06 | BAB | Prepare email to Les Kite concerning hearing this morning and continued hearing today. | 0.10 hrs |
| 09/25/06 | BAB | Prepare email to Sandor Jacobson, Glenn Eisenhuth, and David Abrams concerning continued hearing and budget issues with Foothill. | 0.10 hrs |
| 09/25/06 | BAB | Telephone call from Bruce Dopke concerning status of Order and budget negotiations. | 0.10 hrs |
| 09/25/06 | BAB | Telephone call from Glenn Eisenhuth concerning status of budget issues with Foothill, retention of Hilco, and interest in other assets. | 0.20 hrs |
| 09/25/06 | BAB | Telephone call and email to Jeremy Downs concerning efforts to reach his client. | 0.10 hrs |
| 09/25/06 | BAB | Preparation for and attendance at hearing on final cash collateral order. | 1.30 hrs |
| 09/27/06 | BAB | Telephone call from Sandor Jacobson concerning budget issues raised by Ed Hostman. | 0.20 hrs |
| 09/27/06 | BAB | Telephone call to Jeremy Downs concerning same and budget issues raised by Sandor Jacobson and Ed Hostman. | 0.40 hrs |
| 09/27/06 | BAB | Telephone call from Jeremy Downs concerning same. | 0.10 hrs |
| 09/27/06 | BAB | Telephone call with Les Kite concerning budget issues raised by Bank and remaining operations, and telephone conference with Jeremy Downs and Les concerning same. | 0.80 hrs |
| 09/27/06 | BAB | Telephone call returning call to and from Bruce Dopke concerning same. | 0.40 hrs |
| 09/27/06 | BAB | Receipt and review of revised budget for 10/6 and prepare email to Jeremy Downs and Les Kite concerning same and revised 9/29 budget. | 0.20 hrs |
| 09/27/06 | BAB | Telephone call from Glenn Eisenhuth concerning revisions to budget and Hilco retention issue and term. | 0.10 hrs |
| 09/28/06 | BAB | Telephone call from Sandor Jacobson concerning issues relative to Ed Hostman comments relating to budget. | 0.10 hrs |
| 09/28/06 | BAB | Telephone call from Jeremy Downs regarding budget issues, life insurance, and Hilco issues. | 0.40 hrs |
| 09/28/06 | BAB | Telephone call from Les Kite concerning same. | 0.30 hrs |
| 09/28/06 | BAB | Receipt and review of revised Final Order and prepare email to Jeremy Downs, Bruce Dopke, Les Kite, and counsel for Remington concerning same and need for resolution of Life Insurance surrender today. | 0.60 hrs |
| 09/28/06 | BAB | Telephone conference with Ed Hostman, Jeremy Downs, and Sandor Jacobson concerning budget issues for Final Order. | 0.70 hrs |
| 09/28/06 | BAB | Prepare and review and revise 5th amended cash collateral order and prepare email to Bruce Dopke, Jeremy Downs, and Les Kite concerning same. | 0.60 hrs |
| 09/28/06 | BAB | Telephone conference with Les Kite, Jeremy Downs, and Bruce Dopke concerning terms of final cash collateral order and issues concerning same. | 0.40 hrs |
| 09/28/06 | BAB | Preparation for and attendance at hearing concerning same. Conference at court with Les Kite and Jeremy Downs concerning same. | 1.10 hrs |
| 09/28/06 | BAB | Office conference concerning status of case and hearing tomorrow regarding same and issues to address in connection therewith including insurance surrender and retention of Hilco. .3 Telephone call to Sandor Jacobson concerning same. .1 | 0.40 hrs |
| 09/28/06 | BAB | Receipt and review of cash collateral order with revisions prepared by Jeremy Downs. | 0.40 hrs |
| 09/28/06 | BAB | Telephone call to Les Kite, left message concerning same. | 0.10 hrs |

ADELMAN & GETTLEMAN, LTD.                                                                 Page No. 7

Faber Brothers, Inc.                         1744            00002                    Invoice No:   6143

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/28/06 | BAB | Prepare email to Stan Orszula concerning same and issues relative to hearing on 9/29. | 0.20 hrs |
| 09/28/06 | SFO | Interoffice conference with BAB regarding 9/29/06 hearing on cash collateral order and preparation regarding same. | 0.30 hrs |
| 09/29/06 | BAB | Receipt and review of Bruce Dopke's comments about final order and prepare responsive email to all interested parties concerning same. | 0.20 hrs |
| 09/29/06 | SFO | Draft facsimile letter to Mony Insurance regarding surrender of policy. | 0.20 hrs |
| 09/29/06 | SFO | Receipt and review of multiple emails regarding finalization of cash collateral order. | 0.80 hrs |
| 09/29/06 | SFO | Receipt and review of multiple revisions of final cash collateral order. | 0.50 hrs |
| 09/29/06 | SFO | Telephone conference with Bruce Dopke regarding 9/29/06 hearing. | 0.20 hrs |
| 09/29/06 | SFO | Telephone conference with BAB regarding 9/29/06 hearing. | 0.20 hrs |
| 09/29/06 | SFO | Receipt and review of insurance surrender forms. | 0.20 hrs |
| 09/29/06 | SFO | Preparation for and attendance at court hearing on entry of cash collateral order. | 1.00 hrs |
| 09/29/06 | SFO | Prepare and send email messages to working group regarding entry of cash collateral order and surrender of life insurance policy. | 0.20 hrs |
| 09/29/06 | SFO | Receipt and review of email from Leslie Kite regarding approval to sign cash collateral order. | 0.10 hrs |
| 10/03/06 | SFO | Brief Interoffice conference with BAB regarding results of hearing on Fridat, September 29, 2006. | 0.10 hrs |
| 10/09/06 | BAB | Receipt and review of email from Jeremy Downs concerning issues relative to cash collateral hearing on 10/10 including carve-out, budget, and interest charges on loan and prepare responsive email concerning same. | 0.30 hrs |
| 10/09/06 | BAB | Telephone call from Jeremy Downs concerning same. | 0.70 hrs |
| 10/09/06 | BAB | Prepare first amendment to Final Hearing Cash Collateral Order and prepare email to counsel for secured parties concerning same. | 0.90 hrs |
| 10/10/06 | BAB | Review and revise first Agreed Amendment to Final Hearing Order relative to disbursement of the Carveout. | 0.40 hrs |
| 10/19/06 | BAB | Prepare 2nd amendment to final cash collateral order (1.2) and email to counsel for Foothill, Shapiro Family Limited Partnership, Remington, and to Art Shapiro concerning same. | 1.30 hrs |
| 10/23/06 | BAB | Receipt and review of revised 2nd amendment to cash collateral order from Jeremy Downs. .2  Telephone call from Les Kite concerning review of same, sale of stock, payment of Hilco, and consolidation of Wells Fargo accounts. .2  Prepare email to Jeremy Downs concerning comments to order. .1 | 0.50 hrs |
| 10/23/06 | BAB | Prepare email to Bruce Dopke, Jeremy Downs, and Les Kite concerning entered cash collateral order. | 0.10 hrs |
| 11/01/06 | BAB | Receipt and review of Remington motion for adequate protection and Final Cash Collateral order regarding same. | 0.20 hrs |
| 11/02/06 | BAB | Prepare email to Bruce Dopke concerning issues relative to Remington motion for adequate protection. | 0.30 hrs |
| 11/02/06 | BAB | Telephone call from Bruce Dopke concerning Remington motion, possible objection to bank claims and issues relative to same. | 0.50 hrs |
| 11/06/06 | BAB | Telephone call from Jeremy Downs regarding hearing on 11/7 relative to cash collateral and issues relating to same and revised order, and Remington's request for adequate protection. | 0.20 hrs |
| 11/06/06 | BAB | Prepare 3rd amendment to final cash collateral order, and email to counsel for Shapiro, Foothill, Remington, and Committee regarding same. | 0.70 hrs |
| 11/06/06 | BAB | Receipt and review of proposed changes from Bill Sullivan to cash collateral order and telephone call to Bill concerning same and status of his motion for adequate protection. | 0.30 hrs |

ADELMAN & GETTLEMAN, LTD.                                                                        Page No. 8

| Faber Brothers, Inc. | | 1744 | 00002 | | Invoice No: 6143 |
|---|---|---|---|---|---|
| 11/06/06 | BAB | Telephone call to and from Bruce Dopke, left message concerning same. Prepare email to all counsel for secured creditors regarding same. | | | 0.30 hrs |
| 11/06/06 | BAB | Telephone call from Jeremy Downs concerning same. | | | 0.20 hrs |
| 11/06/06 | BAB | Receipt and review of email from Jeremy Downs concerning carveout for UST fees and prepare responsive email to Jeremy concerning same. | | | 0.10 hrs |
| 11/07/06 | BAB | Telephone call from Les Kite concerning issues relative to hearing today. | | | 0.10 hrs |
| 11/07/06 | BAB | Preparation for and attendance at hearing on cash collateral, hearing on Remington's motion for adequate protection, and the Committee's motion to shorten plan exclusivity and for 2004 discovery. | | | 1.30 hrs |
| 11/07/06 | BAB | Prepare email to Art Shapiro and Les Kite concerning hearing today. | | | 0.30 hrs |
| 11/27/06 | BAB | Prepare 4th amended final cash collateral order and email to counsel for Art Shapiro, Foothill, Remington, and the Committee concerning same. | | | 0.40 hrs |
| 11/29/06 | BAB | Review and revise cash collateral order for changes from Jeremy Downs and prepare email to Jeremy and counsel for Remington, client, and Committee. | | | 0.40 hrs |
| 11/29/06 | BAB | Telephone call returning call to Les Kite concerning cash collateral order, expenses to be paid, and possible committee settlement with Foothill. | | | 0.30 hrs |
| 11/30/06 | BAB | Receipt and review of emails from Jeremy Downs relative to hearing today. | | | 0.10 hrs |
| 11/30/06 | BAB | Preparation for and attendance at hearings on cash collateral and Remington's motion for adequate protection. Prepare email to client and Art Shapiro relative to order entered. | | | 1.20 hrs |
| 12/18/06 | BAB | Review and revise and prepare fifth amended final cash collateral order. .4Prepare email to all secured creditors' counsel and to committee's counsel regarding same. .1 | | | 0.50 hrs |
| 12/19/06 | BAB | Review and revise 5th amended cash collateral order and prepare email to all secured creditor counsel, client, and to Bruce Dopke regarding same. | | | 0.20 hrs |
| 01/15/07 | BAB | Prepare 6th amended final cash collateral order (.4) and email to counsel for secured creditors, client, and Committee (.2). | | | 0.60 hrs |
| 01/15/07 | BAB | Receipt and review of email from Jeremy Downs concerning final cash collateral Order and status hearing tomorrow and prepare responsive email to all secured parties concerning same and to committee counsel. | | | 0.20 hrs |
| 01/16/07 | BAB | Preparation for and attendance at status hearing and conference with Les Kite, Jeremy Downs, and Bruce Dopke relative to same. | | | 0.50 hrs |

|   | | | | | |
|---|---|---|---|---|---|
| | Adelman, Howard L. | | 0.30 hrs | 395 /hr | $118.50 |
| | Berish, Brad A. | | 61.00 hrs | 365 /hr | $22,265.00 |
| | Gettleman, Chad H. | | 6.00 hrs | 395 /hr | $2,370.00 |
| | Orszula, Stanley F. | | 3.80 hrs | 225 /hr | $855.00 |
| | Total fees for this matter | | 71.10 hrs | | $25,608.50 |

**Billing Summary**

|   |   |   |   |
|---|---|---|---|
| | Total Fees | 71.10 hrs | $25,608.50 |
| | **TOTAL CHARGES FOR THIS BILL** | | **$25,608.50** |

LAW OFFICES
## ADELMAN & GETTLEMAN, LTD.
53 W. JACKSON BOULEVARD, SUITE 1050

CHICAGO, ILLINOIS 60604

312-435-1050

FAX 312-435-1059

FEIN 36-3382789

April 12, 2007

| | |
|---|---|
| Arthur Shapiro, Chairman | Invoice No: 6144    CHG |
| Wayne Kozlowski, President | Client No: 1744    00003 |
| Mark Davis, Chief Financial Officer | Billing through: 03/31/07 |

Faber Brothers, Inc.
4141 South Pulaski Road
Chicago, IL  62707

**RE: Asset Sale**
**Services Rendered**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/19/06 | BAB | Prepare sale notice. Review and revise same. Prepare emails to Jeremy Downs concerning same and to client reps and Les Kite, David Abrams and Glen Eisenhuth concerning same. | 1.40 hrs |
| 07/19/06 | BAB | Telephone call to and from Jeremy Downs concerning issues relating to same. | 0.20 hrs |
| 07/19/06 | BAB | Telephone call from Les Kite and conference call with Art Shapiro concerning issues relating to asset sale notice. | 0.40 hrs |
| 07/20/06 | BAB | Review bankruptcy rules and colliers concerning service requirements for sale motion based on timing of auction sale. | 0.40 hrs |
| 07/20/06 | BAB | Prepare emails to Mark Davis and Jermey Downs concerning same and service list for same. | 0.20 hrs |
| 07/20/06 | BAB | Receipt and review of emails from Mark Davis concerning various issues relating to executory contracts and creditor lists/interest for asset sale. | 0.20 hrs |
| 07/20/06 | CHG | Telephone call from BAB regarding asset sales efforts and ongoing analysis of same. | 0.20 hrs |
| 07/21/06 | BAB | Prepare email to Jeremy Downs responding to phone message about sale procedures. | 0.10 hrs |
| 07/21/06 | BAB | Prepare sale notice procedures. | 0.70 hrs |
| 07/21/06 | BAB | Telephone call to Les Kite concerning sale procedures and issues concerning certain assets belonging to landlord. | 0.20 hrs |
| 07/22/06 | BAB | Prepare, review and revise asset sale motion, notice of sale procedures, Order approving same, and sample asset sale contract. | 5.00 hrs |
| 07/24/06 | BAB | Review and revise sale notice, sale order, sale motion, and sample sale contract. | 3.20 hrs |
| 07/24/06 | BAB | Telephone call to Glenn Eisenhuth concerning specific terms of sale contract regarding inventory and A/R adjustment. | 0.20 hrs |
| 07/24/06 | BAB | Receipt and review of comments from Jeremy Downs concerning sale motion and related documents. Review and revise same. Telephone call to Jeremy concerning same. (.3) | 0.80 hrs |
| 07/24/06 | BAB | Prepare emails to Jeremy Downs and client reps concerning sale motion documents filed today and changes made since Saturday's draft. | 0.30 hrs |
| 07/24/06 | BAB | Review and revise sale notice and order. | 0.30 hrs |
| 07/24/06 | CHG | Review multiple e-mails in connection with potential asset sales efforts. | 0.30 hrs |
| 07/25/06 | BAB | Prepare email to Glenn Eisenhuth and Mark Davis concerning information needed for sale hearing and/or sale efforts. | 0.30 hrs |

ADELMAN & GETTLEMAN, LTD.

Faber Brothers, Inc.          1744          00003                    Invoice No:   6144

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/26/06 | BAB | Receipt and review of comments from Jeremy Downs regarding Sales Procedures Order and Notice and incorporate same and other changes and prepare email to Jeremy Downs and client reps concerning same and offer received for vehicles. | 0.80 hrs |
| 07/26/06 | BAB | Prepare for hearing on 7/27 concerning motion to establish auction sales procedures. | 1.30 hrs |
| 07/26/06 | HBM | Meeting with BAB to discuss bidding procedures order. | 0.20 hrs |
| 07/27/06 | BAB | Office conference with CHG concerning status of case and issues relating to sale motion and hearing today. | 0.20 hrs |
| 07/27/06 | BAB | Preparation for and attendance at hearing on motion to approve sales procedures and assumption/rejection procedures for executory contracts. | 1.70 hrs |
| 07/27/06 | BAB | Prepare emails to client reps and to Jeremy Downs and Bruce Dopke concerning order entered today and timeline for auction sale. | 0.30 hrs |
| 07/27/06 | BAB | Prepare ad for papers for notice of auction sale to public. | 1.30 hrs |
| 07/27/06 | BAB | Prepare emails to ad service and to Jeremy Downs and Glenn Eisenhuth and Mark Davis regarding possible costs for notifying the public and creditors of the auction sale. | 0.30 hrs |
| 07/27/06 | BAB | Review sale ad. | 0.10 hrs |
| 07/27/06 | BAB | Telephone call returning call to Glenn Eisenhuth concerning sales status and hearing today. | 0.20 hrs |
| 07/27/06 | CHG | Review sales procedure court pleadings and interoffice conference with BAB regarding same. | 0.30 hrs |
| 07/27/06 | CHG | Preparation, review and revision of proposed sale ad in connection therewith. | 0.30 hrs |
| 07/27/06 | CHG | Review and revise proposed sale order in connection with impending auction. | 0.90 hrs |
| 07/28/06 | CHG | Review e-mails regarding asset sale preparation. | 0.20 hrs |
| 07/31/06 | BAB | Prepare email to Sandor Jacobson concerning sale procedures and sample asset purchase agreement. | 0.10 hrs |
| 07/31/06 | CHG | Interoffice conference with BAB regarding asset sales considerations and preparations. | 0.10 hrs |
| 07/31/06 | CHG | Interoffice conference with BAB regarding budget preparation for ongoing cash collateral needs. | 0.10 hrs |
| 07/31/06 | CHG | Telephone call to Sandor Jacobson regarding same. | 0.10 hrs |
| 08/01/06 | BAB | Prepare email to Jay Ehrlich concerning asset sales procedures. | 0.10 hrs |
| 08/01/06 | BAB | Telephone call to Sandor Jacobson concerning sales on terms. | 0.10 hrs |
| 08/01/06 | BAB | Telephone call from Les Kite concerning same. Prepare email to Sandor Jacobson concerning same. | 0.10 hrs |
| 08/02/06 | BAB | Receipt and review email from Glenn Eisenhuth concerning ad issue and prepare responsive email concerning same. | 0.10 hrs |
| 08/02/06 | BAB | Telephone call from Martin Friend concerning auction sale and prepare email to Sandor Jacobson concerning same. | 0.20 hrs |
| 08/02/06 | BAB | Receipt and review of emails from Glenn Eisenhuth concerning sale efforts and terms issue, and prepare responsive email regarding same. | 0.20 hrs |
| 08/02/06 | CHG | Conference call from David Abrams, Glenn Eisenhuth and Sandor Jacobson regarding asset sales efforts and status. | 0.10 hrs |
| 08/02/06 | CHG | Telephone call to Les Kite regarding status of asset sales efforts, inventory sales, marketing efforts and preparation for auction. | 0.20 hrs |
| 08/03/06 | BAB | Review and send inventory list to CHG for buyer. | 0.10 hrs |
| 08/03/06 | BAB | Receipt of email from Jeremy Downs regarding inquiry from Baker Manufacturing, telephone call to Margaret at Baker regarding same, prepare email to Margaret regarding inventory list and auction sale information. | 0.30 hrs |
| 08/08/06 | BAB | Telephone call from Bruce Dopke concerning bidding process issues. Prepare emails to Glenn Eisenhuth and to Bruce Dopke concerning same. | 0.20 hrs |

ADELMAN & GETTLEMAN, LTD.                                                                                      Page No. 3

Faber Brothers, Inc.              1744           00003                                          Invoice No:   6144

| Date | Init | Description | Hours |
|---|---|---|---|
| 08/08/06 | BAB | Telephone call returning call to Steve Gelsosomo regarding interest in purchasing A/R. Prepare email to Glenn Eisenhuth concenring same. | 0.20 hrs |
| 08/08/06 | BAB | Telephone call to Jeremy Downs regarding auto offer from Art Shapiro and prepare email to Jeremy regarding same. Receipt email from Jeremy regarding same and prepare response to Jeremy regarding same. | 0.20 hrs |
| 08/09/06 | BAB | Telephone call to Doreen Marks, left message concerning Otis Technology letter to court about asset sale. | 0.10 hrs |
| 08/09/06 | BAB | Telephone call returning call to Steve Gelsosomo regarding A/R information and prepare email to Steve regarding same. | 0.20 hrs |
| 08/09/06 | BAB | Telephone call from Art Shapiro regarding offer for vehicles and issues regarding same. | 0.10 hrs |
| 08/10/06 | BAB | Prepare email responding to request for wire instructions for auction sale. | 0.10 hrs |
| 08/11/06 | BAB | Telephone call returning call to Georgiana, Otis Technology, concerning objection to sale. | 0.30 hrs |
| 08/11/06 | BAB | Telephone call from Steve Gelsosomo, regarding interest in purchasing the receivables. | 0.10 hrs |
| 08/11/06 | BAB | Telephone call to Bruce Dopke concerning offer from Kent. | 0.10 hrs |
| 08/11/06 | BAB | Telephone call to Arnold Kamler, Kent Bicycles, left message. | 0.10 hrs |
| 08/11/06 | BAB | Prepare agreement, bill of sale, and notes for sale hearing and sale of autos. | 0.40 hrs |
| 08/11/06 | CHG | Telephone calls from and to BAB regarding auction sale preparation and outstanding issues in connection therewith. | 0.20 hrs |
| 08/13/06 | BAB | Prepare and review and revise sample asset purchase agreement and bill of sale and conform for offer for two vehicles. | 1.00 hrs |
| 08/13/06 | BAB | Prepare sale order and conform for sale of 2 autos. | 1.00 hrs |
| 08/14/06 | BAB | Prepare email to Jeremy Downs concerning vehicle title information needed. | 0.10 hrs |
| 08/14/06 | BAB | Telephone call returning call to Glenn Eisenhuth regarding issues relating to auction sale date. | 0.20 hrs |
| 08/14/06 | BAB | Office conference with CHG concerning new auction and telephone call to Glenn Eisenhuth concerning same and issues relating to same. | 0.30 hrs |
| 08/14/06 | BAB | Review Sales Procedures Order and prepare email to Jeremy Downs concerning proposal regarding new auction sale date. | 0.40 hrs |
| 08/14/06 | BAB | Review Sale Procedures and prepare email to Jeremy Downs with proposed new dates or deadlines. | 0.30 hrs |
| 08/14/06 | BAB | Telephone call to and from David Abrams concerning auction sale date and issues concerning same. | 0.20 hrs |
| 08/14/06 | BAB | Prepare email to Jeremy Downs regarding same. | 0.20 hrs |
| 08/14/06 | BAB | Receipt and review of Arnold Kamler and prepare responsive email regarding various issues relating to the auction sale. | 0.40 hrs |
| 08/14/06 | BAB | Receipt of email from Arnold Kamler concerning deposit and prepare responsive email concerning same. | 0.20 hrs |
| 08/14/06 | CHG | Interoffice conference with BAB regarding sale and auction status and potential preparation of motion to extend same. | 0.20 hrs |
| 08/14/06 | CHG | Telephone calls from and to Les Kite regarding same. | 0.10 hrs |
| 08/14/06 | CHG | Telephone call from David Abrams regarding same. | 0.10 hrs |
| 08/15/06 | BAB | Telephone call to Glenn Eisenhuth, left message concerning auction status. | 0.10 hrs |
| 08/15/06 | BAB | Telephone call to Jeremy Downs concerning issues regarding the auction sale tomorrow. | 0.40 hrs |
| 08/15/06 | BAB | Prepare email to Glenn Eisenhuth concerning call with Jeremy and with Chris Cappuccilli. | 0.20 hrs |
| 08/15/06 | BAB | Telephone call to Bob McPhearson concerning issues relating to the auction. | 0.30 hrs |
| 08/15/06 | BAB | Prepare email to Glenn Eisenhuth and Ed Hostman concerning issues relating | 0.20 hrs |

ADELMAN & GETTLEMAN, LTD.                                                                                   Page No. 4

Faber Brothers, Inc.                              1744             00003                           Invoice No:   6144

| Date | Atty | Description | Hours |
|---|---|---|---|
| | | to bid of Kent and auction. | |
| 08/15/06 | BAB | Telephone call from Jeremy Downs concerning auction sale tomorrow. | 0.10 hrs |
| 08/15/06 | BAB | Telephone call to Glenn Eisenhuth, left message concerning same. | 0.10 hrs |
| 08/15/06 | BAB | Prepare email to Les Kite and Art Shapiro concerning funds and contract needed for auction tomorrow and issues concerning current shareholders of Faber. | 0.30 hrs |
| 08/15/06 | BAB | Prepare email to Bob McPherson concerning status of auction, and sample contract. | 0.10 hrs |
| 08/15/06 | BAB | Telephone call from Glenn Eisenhuth concerning various issues relating to the auction tomorrow and the status of offers or interest regarding same. | 0.40 hrs |
| 08/15/06 | BAB | Telephone call to Steve Golosomo concerning status of auction and bidding procedures. | 0.10 hrs |
| 08/15/06 | BAB | Telephone call from David Abrams concerning auction sale issues and concerns. | 0.30 hrs |
| 08/15/06 | BAB | Prepare email to Jeremy Downs concerning court reporter. | 0.10 hrs |
| 08/15/06 | BAB | Receipt and review of email from Steve Golosomo regarding auction sale information. | 0.10 hrs |
| 08/15/06 | BAB | Prepare email to Bob McPherson concerning status of auction and issues and information concerning same. Telephone call to Bob, left message concerning same. | 0.20 hrs |
| 08/15/06 | BAB | Telephone call to Bruce Dopke, left message concerning status of auction sale. | 0.10 hrs |
| 08/15/06 | BAB | Review and revise auto sale agreement and bill of sale, and prepare email to Art Shapiro and Les Kite concerning same. | 0.80 hrs |
| 08/15/06 | BAB | Review and revise sale order for vehicles. | 0.40 hrs |
| 08/15/06 | BAB | Prepare email to Glenn Eisenhuth concerning parties contacted concerning the auction sale. | 0.10 hrs |
| 08/15/06 | BAB | Receipt and review email from Steve Gelsomo concerning attendance at auction. | 0.10 hrs |
| 08/15/06 | BAB | Telephone call returning call to Les Kite concerning status of auction sale, issues concerning same, and procedures for auto bid. Telephone call to Glenn Eisenhuth, left message concerning same. | 0.30 hrs |
| 08/15/06 | BAB | Telephone conference with CHG and Les Kite concerning same. | 0.40 hrs |
| 08/15/06 | BAB | Office conference with CHG concerning same and procedures for auction. | 0.40 hrs |
| 08/15/06 | BAB | Telephone call returning call to Glenn Eisenhuth concerning same. | 0.30 hrs |
| 08/15/06 | BAB | Telephone call from Les Kite with comments to auto sale agreement. Review and revise same. (.1) | 0.30 hrs |
| 08/15/06 | BAB | Review and revise sale contract and bill of sale for use with sale of other assets. Telephone call to Glen Eisenhuth regarding same and prepare email to Glenn concerning same (.1). | 1.20 hrs |
| 08/15/06 | BAB | Prepare itinerary and procedures for auction sale on 8/16. | 0.40 hrs |
| 08/15/06 | CHG | Review e-mails from BAB and Glenn Eisenhuth regarding auction sale issues and recommended extension thereof. | 0.10 hrs |
| 08/15/06 | CHG | Conference call with BAB from and to Les Kite in connection with sale and auction procedures and anticipated agenda. | 0.40 hrs |
| 08/15/06 | CHG | Interoffice conference with BAB regarding necessary preparation for same. | 0.20 hrs |
| 08/16/06 | BAB | Prepare email to Bob McPherson concerning inventory list. | 0.10 hrs |
| 08/16/06 | BAB | Telephone call to Bob McPherson, Kent Bicycles, concerning new inventory list and issues about auction today. | 0.10 hrs |
| 08/16/06 | BAB | Review and revise sale agreement. | 0.40 hrs |
| 08/16/06 | BAB | Prepare email to Jeremy Downs and Glenn Eisenhuth concerning same. | 0.20 hrs |
| 08/16/06 | BAB | Prepare email to Bob McPherson concerning sample asset purchase agreement. | 0.10 hrs |

ADELMAN & GETTLEMAN, LTD.                                                                                          Page No. 5

Faber Brothers, Inc.                            1744                00003                                Invoice No:   6144

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/16/06 | BAB | Prepare for auction sale today. | 0.60 hrs |
| 08/16/06 | BAB | Telephone call from Glenn Eisenhuth concerning issues relating to auction sale today. | 0.40 hrs |
| 08/16/06 | BAB | Telephone call from Randy, Phil Majerus' rep, concerning auction bid and preparation of sale agreement concerning same. | 0.80 hrs |
| 08/16/06 | BAB | Prepare email to Randy, Phil Majerus' rep, concerning same. | 0.20 hrs |
| 08/16/06 | BAB | Telephone call returning call to Bob McPherson concerning reforming contract for Kent International bid. | 0.30 hrs |
| 08/16/06 | BAB | Prepare email to Bob concerning same. | 0.20 hrs |
| 08/16/06 | BAB | Prepare form sale order for auction sale. | 0.20 hrs |
| 08/16/06 | BAB | Preparation for and attendance at auction sale of assets of Faber Brothers, Inc. | 2.50 hrs |
| 08/16/06 | BAB | Prepare sale order for vehicles. Prepare email to Les Kite, Bruce Dopke, and Jeremy Downs concerning same. | 1.00 hrs |
| 08/16/06 | BAB | Receipt and review of email from Jeremy Downs concerning auto sale order and prepare revisions to same and email to Jeremy concerning same. | 0.20 hrs |
| 08/16/06 | BAB | Prepare for hearing on auction sale and executory contracts on 8/17. | 0.20 hrs |
| 08/16/06 | BAB | Prepare emails to Randy, Phil Majerus' agent, Bob McPherson, and Chuck Oliver concerning auction today and what to do with the security deposit. | 0.30 hrs |
| 08/16/06 | CHG | Preparation for auction including office conference with Chuck Oliver, North Shore Supply regarding pending offer to purchase all raking and machinery and equipment in warehouse. | 0.70 hrs |
| 08/16/06 | CHG | Continued preparation for and attendance at auction at Goldberg Kohn offices including conferences with Bank Counsel and representatives, David Abrams, Glenn Eisenhuth, Buyer representatives, Art Shapiro, Les Kite and counsel to creditors committee in connection with same and follow up conferences with counsel regarding outcome of auction and recommendations for continuation of same. | 3.00 hrs |
| 08/17/06 | BAB | Prepare for hearing on auction sale and sale of cars. | 0.30 hrs |
| 08/17/06 | BAB | Telephone call to Gary Strobel concerning wire instructions for Phil Majerus deposit. | 0.10 hrs |
| 08/17/06 | BAB | Telephone call from Les Kite concerning sale order today and bank loan balance. | 0.10 hrs |
| 08/17/06 | BAB | Receipt of email from Gary Strobel concerning wire instructions for Amature Electronic Supply and prepare email to Robin concerning same. | 0.10 hrs |
| 08/17/06 | BAB | Attendance at sale hearing for auction, sale of autos, rejection of leases and extension of schedule filing time. | 0.80 hrs |
| 08/17/06 | BAB | Prepare email to Jeremy Downs responding to email regarding auto closing. | 0.20 hrs |
| 08/17/06 | BAB | Prepare email to Glenn Eisenhuth, Art Shapiro, Jeremy Downs, and Les Kite concerning sale of two autos and closing issues and terms. | 0.70 hrs |
| 08/18/06 | BAB | Prepare email to Glenn Eisenhuth and Sandor Jacobson regarding publishing and mailing costs for auction. | 0.10 hrs |
| 08/18/06 | BAB | Organize closing documents and prepare speed letter to Glenn Eisenhuth regarding auto closing. | 0.20 hrs |
| 08/18/06 | CHG | Review e-mails and interoffice conference with BAB regarding asset sales efforts. | 0.10 hrs |
| 08/21/06 | CHG | Telephone call from Bruce Dopke regarding status. | 0.10 hrs |
| 08/22/06 | CHG | Telephone calls from and to Les Kite regarding auction status and anticipated future action. | 0.10 hrs |
| 08/28/06 | BAB | Telephone conference with CHG, Les Kite, David Abrams, Glenn Eisenhuth, and Art Shapiro concerning status of sales, auction sale issues, proposals concerning continuing the auction and account receivable collection, and related matters. | 1.00 hrs |

ADELMAN & GETTLEMAN, LTD.     Page No. 6

Faber Brothers, Inc.     1744     00003     Invoice No: 6144

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/28/06 | CHG | Conference call with Art Shapiro, Les Kite, Glenn Eisenhuth, David Abrams and BAB regarding auction alternatives and recommended future action. | 0.40 hrs |
| 08/28/06 | CHG | Follow up office conference with David Abrams regarding same and ongoing analysis and alternatives thereto. | 0.30 hrs |
| 08/28/06 | CHG | Telephone call from David Abrams regarding bank position in connection with pending auction and alternatives thereto. | 0.20 hrs |
| 08/28/06 | CHG | Telephone call to BAB regarding same and necessary future action. | 0.10 hrs |
| 08/29/06 | BAB | Telephone call from Chuck Oliver, Rack Express, concerning status of auction set for 8/30. | 0.10 hrs |
| 08/29/06 | BAB | Telephone call returning call to Jeremy Downs, left message about status of auction sale on 8/30. | 0.10 hrs |
| 08/29/06 | BAB | Telephone call to Bruce Dopke, left message concerning status of auction sale. | 0.10 hrs |
| 08/29/06 | BAB | Telephone call from Glenn Eisenhuth concerning his conversations with Ed Hostman and/or Art Shapirro today concerning auction sale process, alternatives including continuation of same, auction conducted by professional auctioneer in October, and collection of accounts receivables through collection agent, and benefits or negatives of each alternative. Telephone call to Les Kite, left message concerning same. | 1.40 hrs |
| 08/29/06 | BAB | Telephone call returning call to Bruce Dopke, left message. | 0.10 hrs |
| 08/29/06 | BAB | Telephone call to Jeremy Downs, left message, concerning auction and prepare resepounsive email to Jeremy Downs regarding auction issues. | 0.20 hrs |
| 08/29/06 | BAB | Telephone call to Les Kite regarding same (.2), telephone conference with Les and Glenn and call to Art Shapiro, left message regarding same. (.1). | 0.30 hrs |
| 08/29/06 | CHG | Conference call with BAB to Glenn Eisenhuth regarding auction preparation, potential continuance and necessary future action. | 0.10 hrs |
| 08/29/06 | CHG | Conference call with BAB to Les Kite regarding same. | 0.10 hrs |
| 08/29/06 | CHG | Interoffice conference with BAB regarding auction status and recommended future action. | 0.10 hrs |
| 08/30/06 | BAB | Telephone call from Bruce Dopke concerning status of auction and possible plan over next few weeks to continue asset sales and procedures for same. | 0.40 hrs |
| 08/30/06 | BAB | Prepare email to Chuck Oliver concerning status of auction sale. | 0.10 hrs |
| 08/30/06 | BAB | Prepare email to Les Kite concerning need for call with Art Shapiro this morning about the sale process. | 0.10 hrs |
| 08/30/06 | BAB | Telephone call from Les Kite concerning conference call to discuss asset liquidation process and telephone call to Glenn Eisenhuth, left message concerning same. (.1) Telephone call to Glenn Eisenhuth and to Les Kite concerning same. (.1) | 0.20 hrs |
| 08/30/06 | BAB | Telephone call from Bruce Dopke concerning same. | 0.10 hrs |
| 08/30/06 | BAB | Telephone conference with Chad Gettleman, Les Kite, Art Shapiro, and Glenn Eisenhuth concerning ongoing sales, auction process, alternatives to auction by retaining a professional auction company, issues concerning same, budget and length of time for completing such process including issues relating to rent and other costs. | 0.90 hrs |
| 08/30/06 | BAB | Telephone conference with CHG and Jeremy Downs regarding same. | 0.50 hrs |
| 08/30/06 | BAB | Telephone conference with CHG and Les Kite concerning same. | 0.40 hrs |
| 08/30/06 | BAB | Receipt and review of email from Glenn Eisenhuth concerning account receivable collection issues and prepare responsive email concerning same. | 0.10 hrs |
| 08/30/06 | CHG | Conference call with Art Shapiro, Les Kite, Glenn Eisenhuth and BAB regarding auction timing and anticipated future action in connection therewith. | 0.30 hrs |
| 08/30/06 | CHG | Conference call with Jeremy Downs with BAB regarding same and recommended future action. | 0.20 hrs |
| 08/30/06 | CHG | Interoffice conference with BAB regarding recommended future action | 0.10 hrs |

ADELMAN & GETTLEMAN, LTD.                                                                    Page No. 7

Faber Brothers, Inc.                   1744            00003                     Invoice No:   6144

|            |     |                                                                                                                                                                                                                                                           |          |
|------------|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|----------|
|            |     | concerning continuation of auction.                                                                                                                                                                                                                                       |          |
| 08/31/06   | BAB | Telephone call returning call from Glenn Eisenhuth concerning assignment of vehicles to Art Shapiro and issue relating to titles.                                                                                                                                         | 0.10 hrs |
| 09/01/06   | BAB | Preparation for and attendance at hearing on continuation of cash collateral, auction sale motion, and claims bar date order and notice.                                                                                                                                  | 0.40 hrs |
| 09/07/06   | CHG | Telephone calls from and to Glenn Eisenhuth regarding remaining inventory liquidations efforts and status.                                                                                                                                                                | 0.30 hrs |
| 09/07/06   | CHG | Interoffice conference with BAB regarding same and necessary future action.                                                                                                                                                                                               | 0.20 hrs |
| 09/08/06   | CHG | Review e-mail from Sandor Jacobson regarding inventory sales status.                                                                                                                                                                                                      | 0.10 hrs |
| 09/11/06   | BAB | Telephone call to and from Jeremy Downs regarding status of sales efforts, possible budget for next cash collateral, possible final cash collateral order, and related issues.                                                                                            | 0.40 hrs |
| 09/11/06   | BAB | Prepare email to Glenn Eisenhuth and Sandor Jacobson concerning same.                                                                                                                                                                                                     | 0.30 hrs |
| 09/11/06   | CHG | Review e-mails regarding sales status.                                                                                                                                                                                                                                    | 0.10 hrs |
| 09/12/06   | CHG | Interoffice conference with BAB regarding asset sales status and necessary future action.                                                                                                                                                                                 | 0.10 hrs |
| 01/29/07   | BAB | Telephone call to Kelly Singer regarding issues regarding participation order, stipulation, consent/joinder lists.                                                                                                                                                        | 0.30 hrs |
| 01/29/07   | BAB | Receipt and review of e-mails regarding changes to sale order and stipulation and prepare e-mails to credit unions regarding same and to Tom Salerno regarding same; Receipt and review of e-mails from Tom Salerno regarding stipulation release language and prepare responsive e-mail regarding same. | 2.00 hrs |
| 01/30/07   | BAB | Receipt and review e-mails from Tom Salerno and Paul O'Hearn regarding release provision in the stipulation. Prepare responsive e-mail regarding same.                                                                                                                    | 0.60 hrs |

|                         |           |          |             |
|-------------------------|-----------|----------|-------------|
| Berish, Brad A.         | 56.20 hrs | 365 /hr  | $20,513.00  |
| Gettleman, Chad H.      | 10.80 hrs | 395 /hr  | $4,266.00   |
| Merens, Henry B.        |  0.20 hrs | 395 /hr  | $79.00      |
| Total fees for this matter | 67.20 hrs |        | $24,858.00  |

**Billing Summary**

|                              |           |             |
|------------------------------|-----------|-------------|
| Total Fees                   | 67.20 hrs | $24,858.00  |
| **TOTAL CHARGES FOR THIS BILL** |           | **$24,858.00** |

LAW OFFICES

## ADELMAN & GETTLEMAN, LTD.
53 W. JACKSON BOULEVARD, SUITE 1050

CHICAGO, ILLINOIS 60604

312-435-1050

FAX 312-435-1059

FEIN 36-3382789

April 12, 2007

| | |
|---|---|
| Arthur Shapiro, Chairman | Invoice No:  6147    CHG |
| Wayne Kozlowski, President | Client No:  1744    00004 |
| Mark Davis, Chief Financial Officer | Billing through:  03/31/07 |
| Faber Brothers, Inc. | |
| 4141 South Pulaski Road | |
| Chicago, IL  62707 | |

**RE: Fee Petition**
**Services Rendered**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/28/06 | CHG | Initial preparation of interim fee application. | 0.90 hrs |
| 07/31/06 | CHG | Continued preparation of interim fee petition. | 1.40 hrs |
| 08/17/06 | CHG | Continued preparation of interim fee petition. | 0.50 hrs |
| 08/18/06 | CHG | Continued preparation of interim fee petition. | 0.70 hrs |
| 08/29/06 | BAB | Review and revise Faber bills through August. | 0.90 hrs |
| 08/30/06 | BAB | Review and revise time entries from 7/19/06 to date. | 0.40 hrs |
| 08/30/06 | BAB | Review and revise fee petition for monthly payment procedure. | 0.50 hrs |
| 08/30/06 | BAB | Review and revise fee petition for monthly payment procedure. | 0.10 hrs |
| 08/31/06 | BAB | Review payment procedures order and cash collateral order.  Prepare and review and revise payment procedures letter for August. | 1.00 hrs |
| 08/31/06 | CHG | Continued preparation of interim fee petition. | 0.50 hrs |
| 09/01/06 | BAB | Review and revise monthly payment request letter. | 0.30 hrs |
| 09/01/06 | BAB | Office conference with CHG to review all bills both pre and post petition to calculate amount of preChapter 11 prepayment and amount to request for monthly payment procedure. | 0.30 hrs |
| 09/01/06 | CHG | Continued preparation of interim fee petition. | 0.70 hrs |
| 09/01/06 | CHG | Continued preparation of interim fee petition. | 0.80 hrs |
| 09/01/06 | CHG | Continued preparation of interim fee petition. | 0.80 hrs |
| 09/05/06 | CHG | Continued preparation of interim fee petition. | 0.60 hrs |
| 09/12/06 | BAB | Review of professional fees requests of Bruce Dopke and our firm and prepare email to Glenn Eisenhuth concerning same. | 0.30 hrs |
| 10/03/06 | BAB | Review and revise time entries for September and prepare letter for September monthly fee request. | 0.90 hrs |
| 10/16/06 | BAB | Prepare email to Jeremy Downs relative to fee request for September. | 0.20 hrs |
| 11/09/06 | BAB | Prepare final fee application. | 3.40 hrs |
| 11/10/06 | BAB | Prepare final fee application. | 2.40 hrs |
| 11/13/06 | BAB | Prepare fee petition. | 1.00 hrs |
| 11/14/06 | BAB | Prepare fee petition. | 1.50 hrs |
| 03/01/07 | BAB | Organize pertinent fee information for calculation of estimate of claims to date. | 0.10 hrs |
| 03/02/07 | BAB | Review all time to calculate outstanding amount requested by Bruce Dopke. | 0.40 hrs |
| 03/02/07 | BAB | Prepare email to Bruce Dopke concerning status of fees in case. | 0.10 hrs |
| 03/15/07 | BAB | Office conference with CHG relative to fees in case (.1) and telephone conference with Bruce Dopke relative to same. (.2). | 0.30 hrs |

ADELMAN & GETTLEMAN, LTD.                                                                    Page No. 2

| Faber Brothers, Inc. | | 1744 | 00004 | | Invoice No: 6147 |
|---|---|---|---|---|---|
| 03/20/07 | BAB | Telephone call from Bruce Dopke relative to resolution of fee allowance in case. | | | 0.20 hrs |
| 03/21/07 | BAB | Office conference with CHG relative to negotiations with Bruce Dopke relating to our fees (.2) and review of fees and payment in case and proposal from Bruce Dopke (.4) and telephone call to Bruce Dopke, left message. .1 | | | 0.70 hrs |
| 03/21/07 | BAB | Telephone call from Bruce Dopke concerning same. | | | 0.10 hrs |
| | | Berish, Brad A. | 15.10 hrs | 365 /hr | $5,511.50 |
| | | Gettleman, Chad H. | 6.90 hrs | 395 /hr | $2,725.50 |
| | | Total fees for this matter | 22.00 hrs | | $8,237.00 |

**Billing Summary**

|  | Total Fees | 22.00 hrs | $8,237.00 |
|---|---|---|---|
|  | **TOTAL CHARGES FOR THIS BILL** | | **$8,237.00** |

LAW OFFICES

## ADELMAN & GETTLEMAN, LTD.

53 W. JACKSON BOULEVARD, SUITE 1050

CHICAGO, ILLINOIS 60604

312-435-1050

FAX 312-435-1059

FEIN 36-3382789

April 12, 2007

Arthur Shapiro, Chairman                                Invoice No: 6148        CHG
Wayne Kozlowski, President                              Client No: 1744         00005
Mark Davis, Chief Financial Officer                     Billing through: 03/31/07
Faber Brothers, Inc.
4141 South Pulaski Road
Chicago, IL 62707

**RE: Plan of Reorganization**
**Services Rendered**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 10/26/06 | BAB | Receipt and review of proposed plan of Committee. | 0.20 hrs |
| 10/27/06 | BAB | Receipt of email from Bruce Dopke concerning Committee's right to file plan and prepare email to Les Kite and Art Shapiro concerning same. | 0.10 hrs |
| 11/06/06 | BAB | Prepare email to Bruce Dopke concerning comment to draft Plan. | 0.10 hrs |
| 11/08/06 | BAB | Receipt and review of filed plan and disclosure statement and prepare email to Art Shapiro and Les Kite concerning same. | 0.30 hrs |
| 11/15/06 | BAB | Receipt and review of newly filed plan by Committee. | 0.30 hrs |
| 11/15/06 | BAB | Prepare email to Bruce Dopke concerning comments to plan. | 0.10 hrs |
| 03/21/07 | BAB | Receipt and review of plan and telephone call to Bruce Dopke, left message. | 0.30 hrs |
| 03/21/07 | BAB | Telephone call from Bruce Dopke relative to proposed changes to Plan. | 0.20 hrs |

|  |  |  |  |
|---|---|---|---|
| Berish, Brad A. | 1.60 hrs | 365 /hr | $584.00 |
| Total fees for this matter | 1.60 hrs |  | $584.00 |

**Billing Summary**

| Total Fees | 1.60 hrs | $584.00 |
|---|---|---|
| **TOTAL CHARGES FOR THIS BILL** |  | **$584.00** |