IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | § | Chapter 11 |
| | § | Case No.: 06-07852 |
| FABER BROTHERS, INC., | § | |
| | § | Hearing: April 24, 2009 |
| | § | 10:30 a.m. |
| Debtor. | § | |
| | § | Hon. Jack B. Schmetterer |

### ORDER AND FINAL DECREE

This matter came on to be heard on the Motion (the "Motion") filed by Walker Nell Consultants, Inc. (the "Trustee"), for the entry of a Final Decree in this case, and the Court, having considered the record in this case, the pleadings on file, and the statements of counsel in support of their respective positions, and having afforded the parties an opportunity for hearing as was appropriate under the circumstances, and it appearing that the Debtor's estate has been fully administered, and that the Trustee, as trustee of the grantor trust which was created pursuant to the plan of liquidation which was confirmed in this case on May 3, 2007, has completed all litigation and activities which require the Court's assistance, and being advised in the premises:

IT IS ORDERED:

1. The Motion is GRANTED.

2. The Clerk is authorized and directed to close this case.

3.  Under the circumstances, further notice to parties in interest of the Motion and the entry of this Order shall not be required.

Dated:  4/24/09

APR 24 2009

ENTER:

_____
United States Bankruptcy Judge

-2-